**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MILDRED P. HALL, BOBBIE
J. BRYANT, MARY B. GIRESS,
RUTHIE MAE PULLMAN**                                        **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 2:03CV191-P-B**

**SMITHKLINE BEECHAM CORPORATION,
f/k/a GLAXO WELLCOME INC.,
d/b/a GLAXOSMITHKLINE**                                **DEFENDANT**

**ORDER**

This cause is before the Court on the defendant Smithkline Beecham Corporation's Motion for Summary Judgment [16]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The defendant filed its Motion for Summary Judgment on or about April 12, 2005. Plaintiffs failed to file any responsive materials in opposition to the instant motion. Court personnel contacted plaintiff's counsel on or about November 18, 2005 about the lack of response. Plaintiff's counsel, Suzanne Keys, represented to the Court that the plaintiffs do not oppose the entry of an order granting the relief requested by the defendants. Because the defendants have filed a properly supported motion for summary judgment and the plaintiffs have failed to come forward with any evidence demonstrating the existence of a genuine issue of material fact, the Court finds that the defendant's motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant Smithkline Beecham Corporation's Motion for Summary Judgment [16] is well-taken and should be, and hereby is,

GRANTED.

SO ORDERED, this the 30th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE