IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MILDRED P. HALL, BOBBIE
J. BRYANT, MARY B. GIRESS,
RUTHIE MAE PULLMAN                                                PLAINTIFF

VERSUS                                      CIVIL ACTION NO. 2:03CV191-P-B

SMITHKLINE BEECHAM CORPORATION,
f/k/a GLAXO WELLCOME INC.,
d/b/a GLAXOSMITHKLINE                                             DEFENDANT

## FINAL JUDGMENT

This cause came on for hearing on defendant's Motion for Summary Judgment [16]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [16] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

This, the 30th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE